# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:14-CR-040-HDM-(VPC) |
| CELSO ALVARADO, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 10, 2014, defendant CELSO ALVARADO pled guilty to the One-Count Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Plea Agreement, ECF No. 21; Change of Plea, ECF No. 23.

This Court finds defendant CELSO ALVARADO agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. 21; Change of Plea, ECF No. 23.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and the offense to which defendant CELSO ALVARADO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1. a Browning 9mm semi-automatic pistol bearing serial number 245PM56962; and

        2. any and all ammunition

(all of which constitutes "property").

        This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CELSO ALVARADO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if

. . .

1  direct notice was not sent, no later than sixty (60) days after the first day of the publication on the
2  official internet government forfeiture site, www.forfeiture.gov.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5  following address at the time of filing:
6      Greg Addington
        Assistant United States Attorney
7       100 West Liberty Street, Suite 600
        Reno, NV 89501
8
9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
10  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
11  following publication of notice of seizure and intent to administratively forfeit the above-described
12  property.
13      DATED this 21st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE