**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:14-cr-00040-HDM-VPC |
| ) | 3:16-cv-00253-HDM |
| Respondent/Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CELSO ALVARADO, ) | |
| ) | |
| Petitioner/Defendant. ) | |
| _____ ) | |

    Before the court is defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 filed on April 24, 2017 (ECF No. 36). The United States has not responded.

    On May 13, 2016, defendant filed a *pro se* § 2255 motion requesting the court grant his motion or, in the alternative, appoint counsel (ECF No. 30). On May 19, 2016, Assistant Public Defender Nisha Brooks-Whittington filed a notice of appearance (ECF No. 31). Pursuant to the District Court's First Amended General Order dated April 27, 2016, counsel filed an abridged motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on June 22, 2016 to toll the statute of limitations (ECF No. 32). On December 14, 2016, counsel filed a § 2255 motion on defendant's behalf (ECF No. 33).

1

Defendant requests to withdraw his § 2255 motion (ECF No. 33) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The United States did not file an opposition to the § 2255 motion. Accordingly, the court will allow defendant to withdraw his § 2255 motion. In granting the motion to withdraw, the court makes no determination as to whether a new § 2255 motion that defendant may file in the future would constitute a second or successive motion and therefore require certification from the Ninth Circuit Court of Appeals before being filed in U.S. District Court. *See* 28 U.S.C. § 2255(h).

IT IS THEREFORE ORDERED that defendant's motion to voluntarily withdraw his motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 36) is **GRANTED.**

IT IS FURTHER ORDERED that defendant's motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF Nos. 32, 33) is **WITHDRAWN.**

IT IS FURTHER ORDERED that defendant's *pro se* motion seeking § 2255 relief or, in the alternative, appointment of counsel (ECF No. 30) is **DENIED as moot.**

DATED: This 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

2